STATE OF CONNECTICUT *v.* PHILIP BURKE

The defendant's petition for certification for appeal from the Appellate Court, 51 Conn. App. 328 (AC 16363), is denied.

*Michelle M. Napoli*, in support of the petition.

*Christopher T. Godialis*, assistant state's attorney, in opposition.

Decided February 18, 1999

NEW MILFORD BLOCK AND SUPPLY CORPORATION *v.* N. GRONDAHL AND SONS, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 51 Conn. App. 454 (AC 17480), is denied.

*John M. Gasidlo*, in support of the petition.

*Jeffrey T. Londregan*, in opposition.

Decided February 18, 1999

STATE OF CONNECTICUT *v.* SAMUEL MARSHALL

The defendant's petition for certification for appeal from the Appellate Court, 51 Conn. App. 469 (AC 17527), is denied.

*Richard Condon, Jr.*, deputy assistant public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, assistant state's attorney, in opposition.

Decided February 18, 1999